Submitted on record and briefs October 30, convictions affirmed; remanded for resentencing December 16, 1992

## STATE OF OREGON,
*Respondent,*

*v.*

## DOROTHY S. WALDRIP,
*Appellant.*

(91NB-1519, 91NB-1696, 91CR-2515;
CA A73229 (Control), A73230, A73231)

842 P2d 467

Sally L. Avera, Public Defender, and Alan H. Biedermann, Deputy Public Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and J. Dean Taylor, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

Defendant was convicted of driving under the influence of intoxicants in 3 separate cases. In each, the court imposed a jail term, suspended execution of a portion of that sentence and placed defendant on probation. The state concedes *that the court did not have the authority at the same time to impose and order executed a sentence of incarceration and to place defendant on probation.* *State v. McMellon*, 110 Or App 441, 823 P2d 996 (1992); *State v. Vasby*, 101 Or App 1, 788 P2d 1024 (1990). We accept the concession.

Defendant's other assignments of error are moot.

Convictions affirmed; remanded for resentencing.